Cerulli Construction Co., Inc., an Illinois Corporation, Appellee, v. Kenneth Proctor and Nelrose Proctor, Appellants.

Gen. No. 47,453. 

First District, First Division.
January 26, 1959.
Released for publication February 19, 1959.

 Judgment reversed and cause remanded with directions. Solomon Sachs, Sheldon B. Mazor, for defendants-appellants; Milton S. Applebaum, for plaintiff-appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.